# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, David Zeigler, being a duly sworn and appointed Deportation Officer for the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), hereby make the following statement in support of the attached criminal complaint.

1. Your affiant is a Deportation Officer with Immigration and Customs Enforcement, and has been so employed since 2015. Your affiant has training and experience in the enforcement of the immigration and nationality laws of the United States. In addition, your affiant has training and experience in the preparation, presentation, and service of criminal complaints and arrest warrants.

2. I have set forth the facts that I believe are necessary to establish probable cause to believe that Holit CASTANON-SALVADOR has violated Title 8, United States Code, Section 1326, illegal re-entry of a removed alien after deportation or removal.

3. The information contained in this affidavit is based on my personal knowledge and on information that I have acquired from other law-enforcement officials. Since this affidavit is being submitted for the limited purpose of

RCVD USDC FLND PC
JUN 24 '19 AM 10:45

securing a criminal complaint, I have not included each fact known to me concerning this investigation.

4. On June 11, 2019, Holit CASTANON-SALVADOR was encountered at the Bay County Jail, in the Northern District of Florida, after having been arrested for No Valid Driver's License.

5. On June 12, 2019, your affiant interviewed Holit CASTANON-SALVADOR at the Immigration and Customs Enforcement Office in Panama City Beach, Florida. Holit CASTANON-SALVADOR admitted to being a native and citizen of Guatemala.

6. On June 12, 2019, during processing, your affiant entered Holit CASTANON-SALVADOR's fingerprints into an automated biometric identification system that compares a person's fingerprints with the fingerprints in a database of persons who have been previously encountered by immigration authorities. The system returned a match and reflected that Holit CASTANON-SALVADOR had previously been encountered and had been assigned an Alien Registration number ("A-number") (A# 200 209 332). Your affiant then conducted additional immigration service computer checks using the A-number, which revealed that Holit CASTANON-SALVADOR is a citizen of Guatemala who was removed from the United States to Guatemala on July 28, 2011.

7. On June 12, 2019, your affiant reviewed the Alien Registration file ("A-file") for Holit CASTANON-SALVADOR. An A-file is a central file maintained by immigration agencies that contains documents related to the interactions and encounters of United States immigration authorities with an alien. Documents in the A-file confirmed that Holit CASTANON-SALVADOR was previously removed from the United States to Guatemala on July 28, 2011, through Houston, Texas. The A-file contained no record that Holit CASTANON-SALVADOR had ever applied for or received permission from the Attorney General or the Secretary of the Homeland Security for the United States to re-enter the United States since the time of his last removal.

8. A records check in our immigration databases indicated no claims or petitions have been filed by Holit CASTANON-SALVADOR, or on his behalf, which would allow Holit CASTANON-SALVADOR to enter, remain, or be found in the United States legally.

9. A copy of the most recent Warrant of Removal was requested and received from the National Records Center located in Lee's Summit, Missouri, which verified that Holit CASTANON-SALVADOR is prohibited from entering, attempting to enter, or being in the United States for a period of 5 years from the date of his departure from the United States because, after

having been previously excluded, deported or removed from the United States, he had reentered the United States illegally and his current order will be reinstated under section 241(a)(5) of the act. The warning also stated that after his removal had been affected, he must request and obtain permission from the Secretary of Homeland Security to reapply for admission to the United States. The Alien Registration File 200 209 332 has been requested from the National Records Center located in Lee's Summit, Missouri.

10. Based upon the foregoing facts, your affiant believes there is probable cause to establish that Holit CASTANON-SALVADOR is a citizen of Guatemala who has been found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or re-enter the United States after having been deported or removed from the United States, in violation of Title 8, United States Code, Section 1326.

David Zeigler, Deportation Officer
U.S. Immigration and Customs Enforcement
Panama City Beach, Florida

Sworn to and subscribed before me on this 24th day of June, 2019.

/s/ *Michael J. Frank*
Michael J. Frank

United States Magistrate Judge