IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

vs.                                                                    CASE NO.: 5:19mj36-MJF

HOLIT CASTANON-SALVADOR

_____/

## PETITION FOR WRIT OF *HABEAS CORPUS* *AD PROSEQUENDUM*

The United States of America respectfully requests that this Court issue a writ of *habeas corpus ad prosequendum* based upon the following:

1. An Indictment is pending in this case against HOLIT CASTANON-SALVADOR.

2. The first appearance and arraignment have been set by the Court for ___July 3___, 2019 at __10:30__ a.m. (the "Hearing").

3. The defendant is now confined in the custody of the Warden of the WAKULLA COUNTY JAIL (the "Institution").

WHEREFORE, to ensure the defendant's presence for the Hearing, the United States of America requests that this Honorable Court issue a writ of *habeas corpus ad prosequendum*, directing:

A. Any United States Marshal to: (1) take custody of the defendant at the Institution; (2) bring the defendant before this Court for the Hearing; and (3) upon

FILED USDC FLND PC
24 JUN AM11:03

completion of the Hearing, maintain custody of the defendant until otherwise directed by this Court or until completion of this case; and

B.  The Institution Warden or other custodian of the defendant to deliver the defendant into the custody of any United States Marshal or his duly authorized representative upon production of a certified copy of the writ.

This 24th day of June, 2019.

                Respectfully submitted,

                **LAWRENCE KEEFE**
                United States Attorney

                */s/Michelle Daffin*
                MICHELLE DAFFIN
                Assistant United States Attorney
                Florida Bar No.:   0640761
                Northern District of Florida
                1001 E. Bus. Hwy. 98, 2nd Floor
                Panama City, FL  32401
                (850) 785-3495
                michelle.daffin@usdoj.gov